# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3434

_____

| | | |
|---|---|---|
| CMS Communications, Inc., | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Siemens Rolm Communications, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: April 22, 1999
Filed: May 24, 1999

_____

Before BOWMAN,* Chief Judge, ROSS, and FAGG, Circuit Judges.

_____

PER CURIAM.

CMS Communications, Inc. (CMS) appeals the district court's adverse grant of summary judgment in CMS's diversity-based action for tortious interference with business relations and defamation. We review a grant of summary judgment under a well-established standard. Because this is a diversity action, we review de novo questions of state law. Having considered the record and the parties' briefs, we are satisfied the district court correctly applied the controlling law and the record supports

---

*The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

the district court's decisionmaking.  Because a comprehensive opinion in this diversity case would lack precedential value, we affirm on the basis of the district court's ruling without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.